UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :    **INFORMATION**
                               :
        - v. -                 :    20 Cr. **525**
                               :
JAMES CORBETT,                 :
                               :
        Defendant.             :
                               :
- - - - - - - - - - - - - - - X

**COUNT ONE**
**(Possession of Child Pornography)**

The United States Attorney charges:

1.  From at least in or about October 2019, up to and including at least in or about December 2019, in the Southern District of New York and elsewhere, JAMES CORBETT, the defendant, knowingly did possess and access with intent to view, and attempt to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, CORBETT possessed at his residence in Bronx, New York,

images and videos of children, including images and videos of children who had not attained 12 years of age, engaging in sexually explicit conduct.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2.)

## COUNT TWO
**(Receipt and Distribution of Child Pornography)**

The United States Attorney further charges:

2.  From at least in or about October 2019, up to and including at least in or about December 2019, in the Southern District of New York and elsewhere, JAMES CORBETT, the defendant, knowingly did receive and distribute and attempt to receive and distribute material that contains child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, while at his residence in Bronx, New York, CORBETT received and distributed, and attempted to receive and distribute, by means of a peer-to-peer network, images and videos of children, including images and videos of children who had not attained 12 years of age, engaging in sexually explicit conduct.

(Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1), and 2.)

## FORFEITURE ALLEGATION

3. As a result of committing the offenses alleged in Counts One and Two of this Information, JAMES CORBETT, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offenses, and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offenses or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

        (Title 18, United States Code, Section 2253;
      Title 21, United States Code, Section 853; and
       Title 28 United States Code, Section 2461.)

*[signature]* /MF
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**JAMES CORBETT,**

**Defendant.**

**INFORMATION**

20 Cr.

(18 U.S.C. §§ 2252A(a)(2)(B),
2252A(a)(5)(B), 2252A(b)(1),
2252A(b)(2), and 2.)

AUDREY STRAUSS
Acting United States Attorney