IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: **20cr525** |
| v. | : | |
| | : | |
| JAMES CORBETT, | : | |
| Defendant. | : | |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Thomas D. Church for admission to practice *pro hac vice* in the above-caption action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Georgia; and that his contact information is as follows:

Thomas D. Church
Pate, Johnson & Church, LLC
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
Telephone: (404) 223-3310
Facsimile: (404) 223-3392
tom@patejohnson.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for James Corbett in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys.

Dated: 10/2/2020

_____
United States ~~District Judge~~ Magistrate Judge