IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CASE NO.: 1:20-cr-00525-JPO |
| v. | : |
| | : |
| | : |
| JAMES CORBETT | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendant's Unopposed Motion to Continue Pretrial Conference. For good cause shown, this motion is hereby GRANTED. The pretrial conference shall be rescheduled for April 22, 2021 at 5:00PM. The Court finds that any delay resulting from this Order is excluded from the Speedy Trial Act because it is based on good cause and in the interests of justice, and granting this continuance outweighs the public and the Defendant's rights to a speedy trial.

IT IS SO ORDERED, this 12th day of January, 2021.

_____
J. PAUL OETKEN
United States District Judge