# PATE, JOHNSON & CHURCH

July 16, 2021

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. James Corbett, 1:20-cr-00525-JPO
         **Unopposed Motion to Continue Pretrial Conference**

Dear Judge Oetken,

By and through Counsel, Defendant James Corbett ("Mr. Corbett") respectfully moves this Court to extend the pretrial conference in this case, currently scheduled for July 22, 2021, by 90 days and set a new pretrial conference date for October 20, 2021.

At the last pretrial conference, which the Court held telephonically on April 22, 2021, the parties informed the Court that they were attempting to negotiate a pretrial resolution to this case.

During these negotiations, Mr. Corbett has been consulting mental health experts and providers for the purposes of presenting evidence in mitigation. We believe that Mr. Corbett's mental health history is relevant and could be particularly important in a case such as this. These providers have advised that additional time is necessary to complete their evaluations of Mr. Corbett.

Counsel respectfully contends that a 90-day continuance is necessary for these experts and providers to complete their evaluations, discuss their findings with Counsel, and for Counsel to continue negotiating a potential pretrial resolution with the Government.

Counsel for Mr. Corbett has discussed the proposed continuance with Counsel for the Government and the Government does not object to a 90-day continuance and rescheduling the pretrial conference for October 20, 2021.

We further stipulate this requested continuance should be excluded from the calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

Sincerely,

/s/ Thomas D. Church
Thomas D. Church, Esq.

cc: Micah Fergenson, AUSA

> Granted.
> The July 22, 2021 telephonic pretrial conference is adjourned to October 20, 2021, at 5:15pm. The Court hereby excludes time through October 20, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:  June 19, 2021.

J. PAUL OETKEN
United States District Judge