

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. James Corbett*, 20 Cr. 525 (JPO)

Dear Judge Oetken:

A status conference in the above-captioned case is currently scheduled for January 11, 2022. The Government respectfully writes to request, on consent of the defendant, an one-month adjournment of the status conference to allow the parties to continue work on a pretrial resolution of the case.

The Government further requests, on consent of the defendant, that the time between December 9, 2021, and the next conference be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. The exclusion of time will allow the parties to continue discussing a potential resolution of the case without trial.

> Granted. The January 11, 2022 telephonic pretrial conference is adjourned to February 11, 2022, at 4:00 pm. The Court hereby excludes time through February 11, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
>   So ordered:  January 5, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Micah F. Fergenson
Assistant United States Attorney
(212) 637-2190

_____
J. PAUL OETKEN
United States District Judge